FILED: September 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4239

(1:13-cr-00607-GJH-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHARLES RILEY, JR., a/k/a New York

      Defendant - Appellant

_____

O R D E R

_____

    Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

    The court grants appellant leave to file a joint appendix not to exceed 2,441 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk