FILED: November 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4239
(1:13-cr-00607-GJH-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHARLES RILEY, JR., a/k/a New York

      Defendant - Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk